UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  SACV 12-629-JST (MLGx)                                          Date:  April 25, 2012
Title:  Wibby Environmental, Inc. v. Charles Wibby, et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

|   Ellen Matheson   |         N/A         |
|---|---|
|   Deputy Clerk   |   Court Reporter   |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                                      Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE REMANDED FOR LACK OF SUBJECT MATTER JURISDICTION**

   This action was removed to federal court on April 23, 2012 on the basis of diversity jurisdiction pursuant to 28 U.S.C. § 1332.  However, it appears that removal may be improper because the Court may lack subject matter jurisdiction.  Defendants' Notice of Removal states that "Defendant CWE LLC was and is a limited liability company incorporated under the laws of the State of Colorado and having is [sic] principal place of business in the State of Colorado."  (Notice of Removal ¶ 4, Doc. 1.)  Because CWE LLC is a limited liability company, the Court must consider the citizenship of each of its members.  *See Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894 (9th Cir. 2006).  However, the citizenship of each of CWE's members has not been sufficiently alleged.

   Accordingly, the Court orders Defendants to show cause in writing **no later than May 2, 2012**, why this action should not be remanded for lack of subject matter jurisdiction.  Failure of Defendants to respond by the above date will result in the Court remanding this action to state court.

                                                                  Initials of Preparer:  enm