JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  SACV 12-629-JST (MLGx)                                    Date:  May 3, 2012
Title:  Wibby Environmental, Inc. v. Charles Wibby, et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                                            Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER REMANDING CASE TO ORANGE COUNTY SUPERIOR COURT, CASE NO. 30-2012 00556361**

On April 23, 2012, Defendants removed this action on the basis of diversity jurisdiction.  (Notice of Removal, Doc. 1.)  On April 25, 2012, the Court advised Defendants that they had not sufficiently alleged the citizenship of Defendant CWE LLC ("CWE"), and ordered Defendants to show cause why this action should not be remanded for lack of subject matter jurisdiction.  (Order to Show Cause, Doc. 6.)  Defendants filed a response on May 2, 2012, informing the Court that one member of CWE is a citizen of California, and therefore CWE is a citizen of California and diversity jurisdiction is not present.  Accordingly, the Court REMANDS this case to the Orange County Superior Court.

Initials of Preparer:  enm